# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS ROBINSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:09CV383 JCH |
| DONALD A. HUCKLICK, | ) ) ) | |
| Respondent. | ) | |

## **ORDER**

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and has determined that it lacks jurisdiction over it. As a result, the petition will be dismissed pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Petitioner is a state prisoner in Illinois. Petitioner is seeking to challenge a judgment of the state courts of Illinois.

The United States District Courts only have authority to grant habeas petitions "within their respective jurisdictions." 28 U.S.C. § 2241(a). Because petitioner is seeking to challenge a judgment of the State of Illinois, and because petitioner is located in Illinois, petitioner is not within this Court's jurisdiction. 28 U.S.C. § 2241(a), (d). As a result, the Court will dismiss this action for lack of jurisdiction. Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal shall accompany this Order.

Dated this 20th Day of March, 2009.

                                       /s/ Jean C. Hamilton
                                       JEAN C. HAMILTON
                                       UNITED STATES DISTRICT JUDGE